IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DANA RANEY, IV,**

    **Plaintiff,**

v.                                                     Case No. 1:17cv143-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion for summary judgment, ECF No. 13, is **DENIED** and, pursuant to 42 U.S.C. § 405(g), the decision of the Commissioner to deny Plaintiff Raney's application for Social

1

Security benefits is **AFFIRMED** and Judgment entered for the Defendant." The Clerk shall close the file.

**SO ORDERED on March 17, 2018.**

<span style="margin-left: 2em;">**s/Mark E. Walker**          
**United States District Judge**</span>